IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:06-CR-342 LJO |
| Plaintiff, | ) ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS |
| | ) | (Fed. R. Crim. P.  48 (a)) |
| v. | ) | |
| STEPHEN DEMATTOS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |

O R D E R

    IT IS HEREBY ORDERED that pursuant to the motion to dismiss filed by the Government, the charges against STEPHEN DEMATTOS found within the indictment in this case, be dismissed and that the defendant's bond shall be exonerated.

IT IS SO ORDERED.

**Dated:    September 19, 2007**          _____
                                                            **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE

1